

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW  
CLERK OF COURT

CLERK'S OFFICE  
202-275-8000

March 17, 2025

**NOTICE OF REVISED CAPTION**

Re: Samsung Electronics Co., Ltd. v. Resonant Systems, Inc., Appeal No. 2025-1547, 2025-1549

The court's official caption has been revised to reflect Resonant Systems, Inc. as the Cross-Appellant.

Please review the attached caption carefully and promptly advise this court in writing of any improper or inaccurate designations. The revised caption should be used on all future filings with the court. Previously submitted documents do not require correction.

Sincerely,

Jarrett B. Perlow
Clerk of Court

By: M. Ames, Deputy Clerk

Attachment: Revised Official Caption

## Official Caption

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,**
*Appellants*

v.

**RESONANT SYSTEMS, INC.,**
*Cross-Appellant*

## Short Caption

Samsung Electronics Co., Ltd. v. Resonant Systems, Inc.