# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2025-1547, 2025-1549

**Short Case Caption:** Samsung Electronics Co., Ltd. v. Resonant Systems, Inc.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Resonant Systems, Inc.

| | | |
|---|---|---|
| **Principal Counsel:** Reza Mirzaie | | Admission Date: 9/6/2011 |
| Firm/Agency/Org.: Russ August & Kabat | | |
| Address: 12424 Wilshire Blvd, 12th Floor, Los Angeles, CA 90025 | | |
| Phone: 3108267474 | | Email: rmirzaie@raklaw.com |
| **Other Counsel:** Neil Rubin | | Admission Date: 3/8/2012 |
| Firm/Agency/Org.: Russ August & Kabat | | |
| Address: 12424 Wilshire Blvd, 12th Floor, Los Angeles, CA 90025 | | |
| Phone: 3108267474 | | Email: nrubin@raklaw.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 3/28/25　　　　　　　　　　Signature: Reza Mirzaie

　　　　　　　　　　　　　　　　　Name: Reza Mirzaie

Save for Filing

**[DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]**

| **Other Counsel:** Qi Tong | Admission Date: 6/17/24 |
|---|---|
| Firm/Agency/Org.: Russ August & Kabat ||
| Address: 12424 Wilshire Blvd, 12th Floor, Los Angeles, CA 90025 ||
| Phone: 3108267474 | Email: ptong@raklaw.com |
| **Other Counsel:** Kristopher R. Davis | Admission Date: 12/10/19 |
| Firm/Agency/Org.: Russ August & Kabat ||
| Address: 12424 Wilshire Blvd, 12th Floor, Los Angeles, CA 90025 ||
| Phone: 3108267474 | Email: kdavis@raklaw.com |
| **Other Counsel:** Christian Conkle | Admission Date: 7/6/2018 |
| Firm/Agency/Org.: Russ August & Kabat ||
| Address: 12424 Wilshire Blvd, 12th Floor, Los Angeles, CA 90025 ||
| Phone: 3108267474 | Email: cconkle@raklaw.com |
| **Other Counsel:** Paul A. Kroeger | Admission Date: 1/18/13 |
| Firm/Agency/Org.: Russ August & Kabat ||
| Address: 12424 Wilshire Blvd, 12th Floor, Los Angeles, CA 90025 ||
| Phone: 3108267474 | Email: pkroeger@raklaw.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |