

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

March 31, 2025

2025-1547 - Samsung Electronics Co., Ltd. v. Resonant Systems, Inc.

# NOTICE OF NON-COMPLIANCE

The document (Entry of Appearance) submitted by Resonant Systems, Inc. is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The contact information for Qi Tong on the form does not match the information associated with the user's account. Please ensure the corrected appearance form contains up-to-date contact information. If that information differs from the information associated with the user's account, please also update that information through the PACER Service Center. Fed. Cir. R. 25(a)(5).

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u>

An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. Cir. R. 45(a).

FOR THE COURT

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court

By: C. Lincoln, Deputy Clerk