Nos. 2025-1547, 2025-1549, 2025-1550, 2025-1551

# In the
# United States Court of Appeals for the Federal Circuit

**SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,** *Appellants,*

v.

**RESONANT SYSTEMS, INC.,** *Appellee.*

On Appeal from the Patent Trial and Appeal Board
in *Inter Partes* Review Nos. IPR2023-00992, IPR2023-00993

**APPELLEE RESONANT SYSTEMS'
UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE RESPONSE BRIEF**

Reza Mirzaie
rmirzaie@raklaw.com
Neil A. Rubin
nrubin@raklaw.com
Kristopher R. Davis
kdavis@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd.,12th Floor
Los Angeles, CA  90025
Tel: (310) 826-7474
Fax: (310) 826-6991

*Attorneys for Patent Owner-
Appellee Resonant Systems, Inc.*

Dated: July 30, 2025

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### CERTIFICATE OF INTEREST

**Case Number** 2025-1547, 2025-1549

**Short Case Caption** Samsung Electronics Co., Ltd. v. Resonant Systems, Inc.

**Filing Party/Entity** Resonant Systems, Inc.

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 07/30/2025        Signature: /s/ Neil A. Rubin

                        Name: Neil A. Rubin

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☑ None/Not Applicable |
| Resonant Systems, Inc. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐　None/Not Applicable　　　☐　Additional pages attached

| | | |
|---|---|---|
| Jason Wietholter<br>Russ August & Kabat | | |
| | | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐　Yes (file separate notice; see below)　　☑　No　　☐　N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑　None/Not Applicable　　　☐　Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

Save for Filing

As provided for by Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Patent Owner and Appellee Resonant Systems, Inc. respectfully moves for an extension of thirty (30) days within which to file its initial brief.

Appellant Apple's opening brief was filed and served on June 27, 2025. Under Federal Circuit Rule 31(a)(2), Resonant's initial brief is currently due on Wednesday, August 6, 2025. If this motion is granted, Resonant's initial brief will be due on Wednesday, September 5, 2025. Resonant has not previously requested or received an extension of time for filing its brief.

Good cause supports Resonant's request. As set forth in the accompanying declaration, the attorneys primarily responsible for preparing Resonant's initial brief in this appeal have conflicting professional commitments in other litigation matters, including trials in *Headwater Research v. Verizon*, No. 2:23-cv-00352-JRG-RSP (E.D. Tex.) (held July 17–23, 2025), *Headwater Research v. AT&T*, No. 2:23-cv-00397-JRG-RSP (E.D. Tex.) (scheduled for August 14–20, 2025), and pretrial conferences in *Resonant Systems v. Apple*, No. 7:23-cv-00077-ADA (W.D. Tex.) (held July 22, 2025) and *Headwater Research v.*

1

*T-Mobile*, No. 2:23-cv-00379-JRG-RSP (E.D. Tex.) (scheduled for August 4, 2025), which affect Resonant's ability to adequately prepare and file its principal brief by September 5, 2025.

Pursuant to Federal Circuit Rule 26(b)(2) and 26(b)(3), Resonant's counsel informed Appellees' ("Samsung") counsel that it would seek this extension on July 10, 2025. Counsel for Samsung responded that Samsung does not oppose the requested extension.

For the foregoing reasons, Resonant respectfully requests that this Court grant its Motion, and extend the deadline for the filing of Appellee's Initial Brief by 30 days, from August 6, 2025, to September 5, 2025.

Dated: July 30, 2025

Respectfully submitted,

*/s/ Neil A. Rubin*
Reza Mirzaie
rmirzaie@raklaw.com
Neil A. Rubin
nrubin@raklaw.com
Kristopher R. Davis
kdavis@raklaw.com
Paul A. Kroeger
pkroeger@raklaw.com
Qi Tong
ptong@raklaw.com
Christian Conkle
cconkle@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Attorneys for Patent Owner-Appellee,
RESONANT SYSTEMS, INC.

Nos. 2025-1547, 2025-1549, 2025-1550, 2025-1551

# In the
# United States Court of Appeals
# for the Federal Circuit

**SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,** *Appellants,*

v.

**RESONANT SYSTEMS, INC.,** *Appellee.*

On Appeal from the Patent Trial and Appeal Board in
*Inter Partes* Review Nos. IPR2023-00992, IPR2023-00993

**DECLARATION OF NEIL A. RUBIN IN SUPPORT OF APPELLEE RESONANT SYSTEMS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF**

Reza Mirzaie
rmirzaie@raklaw.com
Neil A. Rubin
nrubin@raklaw.com
Kristopher R. Davis
kdavis@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd.,12th Floor
Los Angeles, CA 90025
Tel: (310) 826-7474
Fax: (310) 826-6991

*Attorneys for Patent Owner-
Appellee Resonant Systems, Inc.*

Dated: July 30, 2025

I, Neil A. Rubin, hereby declare:

1. I am a partner with Russ August & Kabat, counsel of record for Appellee Resonant Systems, Inc. ("Resonant"). I have been personally involved with the present action before the Patent Trial and Appeal Board and have consulted with other attorneys involved in preparing Resonant's principal brief.

2. Good cause supports Resonant's request. The attorneys primarily responsible for preparing Resonant's response brief in this appeal have conflicting professional commitments in other litigation matters, including trials in *Headwater Research v. Verizon*, No. 2:23-cv-00352-JRG-RSP (E.D. Tex.) (held July 17–23, 2025), *Headwater Research v. AT&T*, No. 2:23-cv-00397-JRG-RSP (E.D. Tex.) (scheduled for August 14–20, 2025), and pretrial conferences in *Resonant Systems v. Apple*, No. 7:23-cv-00077-ADA (W.D. Tex.) (held July 22, 2025) and *Headwater Research v. T-Mobile*, No. 2:23-cv-00379-JRG-RSP (E.D. Tex.) (scheduled for August 4, 2025), which affect Resonant's ability to adequately prepare and file its principal brief by September 5, 2025.

3.　　Counsel for Resonant contacted counsel for Appellants ("Samsung") by email sent on July 10, 2025, indicating Resonant would seek this extension. Counsel for Samsung confirmed it would not oppose Resonant's request for an additional 30 days to file its response brief in Case Nos. 2025-1547, 2025-1549, 2025-1550, 2025-1551.

4.　　The requested extension is submitted in good faith and in view of the foregoing issues and not for purposes of delay.

　　I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 30, 2025　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　*/s/ Neil A. Rubin*
　　　　　　　　　　　　　　　　Neil A. Rubin
　　　　　　　　　　　　　　　　nrubin@raklaw.com

　　　　　　　　　　　　　　　　Attorney for Patent Owner-Appellee,
　　　　　　　　　　　　　　　　RESONANT SYSTEMS, INC.

# CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the relevant type-volume limitations of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it has been prepared using a proportionally-spaced typeface and includes 276 words, excluding the parts exempted under those Rules.

Dated: July 30, 2025　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　*/s/ Neil A. Rubin*
　　　　　　　　　　　　　　　　Neil A. Rubin
　　　　　　　　　　　　　　　　nrubin@raklaw.com

　　　　　　　　　　　　　　　　Attorney for Patent Owner-Appellee,
　　　　　　　　　　　　　　　　RESONANT SYSTEMS, INC.